# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

---

### JUDGMENT IN A CIVIL CASE

JARED D. GRAVEN,

    Plaintiff,

v.                                            Case No. 22-03080-CV-S-MDH-P

BRASHEARS, et al.,

    Defendants.

- ☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒ **DECISION OF THE COURT.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: DOC Defendants' motion for summary judgment is GRANTED and Plaintiff's claims against the DOC Defendants are DISMISSED WITH PREJUDICE. This case is DISMISSED.

Entered on: <u>September 28, 2022.</u>

                                                                                         PAIGE WYMORE-WYNN
                                                                                        CLERK OF COURT

                                                                                  <u>/s/ K. Willis</u>
                                                                                  (By) Deputy Clerk